50

(No. 74-CC-767— ▆▆▆▆▆▆▆▆▆

PARK CHRYSLER PLYMOUTH, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed August 2, 1974.*

PARK CHRYSLER PLYMOUTH, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-773— ▆▆▆▆▆▆▆▆

PAUL STRATMEYER, Claimant, *vs.* STATE OF ILLINOIS, Respondent.·

*Opinion filed August 2, 1974.*

PAUL STRATMEYER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.